UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Michael Lloyd Purifoy, | § | |
| v. | § | Case No. 4:20-cv-02856 |
| Invictus Residential Pooler L.P., as | § | |
| Administrator, et al. | § | |

## ORDER AND FINAL JUDGMENT

Now before the court is defendants Invictus Residential Pooler L.P., as Administrator and NewRez LLC dba Shellpoint Mortgage Servicing's dismissal motion. The Court concludes the dismissal motion should be **GRANTED**. The Court further orders all claims asserted against defendants by plaintiff Michael Lloyd Purifoy in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. This order disposes of all claims against all parties and is final for all purposes including appeal.

Signed this _____, 2021.

_____
UNITED STATES DISTRICT JUDGE